SECOND DEPARTMENT, SEPTEMBER, 1954.

(September 7, 1954.)

■

In the Matter of WILLIAM BRENNAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Nolan, P. J., MacCrate and Schmidt, JJ., concur. Murphy, J., dissents and votes to reverse the order and to grant the motion, with the following memorandum: It is admitted that one of the three members of the designated committee on vacancies is not an enrolled voter of the same party as the candidate (Election Law, § 135). As the designating petition fails to comply with a mandatory statutory requirement, the motion should have been granted.

■

In the Matter of HORACE M. BYRNES et al., Appellants-Respondents, against BOARD OF ELECTIONS OF THE COUNTY OF NASSAU, Respondent, and LILLIAN HOVELL, Respondent-Appellant.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

■

In the Matter of JAMES J. CRISONA, Respondent, against JAMES M. POWER et al., as Commissioners of Elections of the City of New York, et al., Respondents, and EUGENE J. McMAHON, Appellant.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

■

In the Matter of VIRGINIA M. DENT, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.

■

In the Matter of VICTOR KONOW, Appellant, against JAMES M. POWER et al., as Commissioners of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., MacCrate, Schmidt and Murphy, JJ.